IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                              NO. 4:11CR00293 JLH

JESSICA N. MCDUFFY                                                                         DEFENDANT

## ORDER

The hearing on the Motion to Revoke Probation is hereby rescheduled to begin on *WEDNESDAY, MAY 29, 2013, at 10:00 A.M.*, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the conditions of probation previously imposed should not be revoked. Document #5.

IT IS SO ORDERED this 28th day of May, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE